AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Central District of California

| | |
|---|---|
| THE HOLDING COMPANY LLC, a California limited liability company, <br><br> *Plaintiff(s)* <br> v. <br> PACIFIC WEST DISTRIBUTORS, a California nonprofit corporation; see attached <br><br> *Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)     Civil Action No. |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    PACIFIC WEST DISTRIBUTORS, a California nonprofit corporation
                                        2711 N. Sepulveda Blvd., Ste. 270
                                        Manhattan Beach, CA 90266

                                        see attached

        A lawsuit has been filed against you.

        Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    David R. Welch, Esq.
                                          ENSO LAW, L.L.P.
                                          500 S. Grand Ave., Ste. 1800
                                          Los Angeles, CA 90071
                                          (213) 314-0214
                                          litigation@enso.law

        If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____                  _____
                                                        *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

David R. Welch, Esq. (SBN 251693)
Seungjai Oh, Esq. (SBN 333996)
**ENSO LAW, L.L.P.**
500 S. Grand Ave., 18th Fl.
Los Angeles, CA 90071
Tel: (213) 314-0028
Email: litigation@enso.law
Attorneys for Plaintiff THE HOLDING COMPANY LLC

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| THE HOLDING COMPANY LLC, a California limited liability company,<br><br>    Plaintiff,<br><br>  v.<br><br>PACIFIC WEST DISTRIBUTORS, a California nonprofit corporation; and STEPHEN SCOTT BROWN, an individual; HERBAL SOLUTIONS, LLC, a California limited liability company dba Jokes Up Ice Kream; and DOES 1 through 10, inclusive,<br><br>    Defendants. | Case Number:<br><br>**COMPLAINT FOR:**<br><br>**(1)  COPYRIGHT INFRINGEMENT** (POW! COPYRIGHT) (17 U.S.C. §§ 501, *ET SEQ.*)<br><br>**(2)  COPYRIGHT INFRINGEMENT** (SAVAGE PATCH! COPYRIGHT) (17 U.S.C. §§ 501, *ET SEQ.*)<br><br>**(3)  COPYRIGHT INFRINGEMENT** (WHAM! COPYRIGHT) (17 U.S.C. §§ 501, *ET SEQ.*)<br><br>**(4)  COPYRIGHT INFRINGEMENT** (WHOA! COPYRIGHT) (17 U.S.C. §§ 501, *ET SEQ.*)<br><br>**(5)  COPYRIGHT INFRINGEMENT** (GOON BERRIES! COPYRIGHT) (17 U.S.C. §§ 501, *ET SEQ.*)<br><br>**(6)  COPYRIGHT INFRINGEMENT** (THREAT !!! COPYRIGHT) (17 U.S.C. §§ 501, *ET SEQ.*)<br><br>**(7)  TRADEMARK INFRINGEMENT** (WHAM! TRADEMARK) (CA BUS. & PROF. CODE §§14245 and 14320)<br><br>**DEMAND FOR JURY TRIAL** |